In re:  LA JOLLA VILLAGE
PROFESSIONAL CENTER
ASSOCIATES Debtor,

La Jolla Village Professional Center
Associates;  La Salle National Bank
Association, Trustee, Appellants,

v.

LW–SP2, L.P., Appellee.

No. 02–55802.
BAP No. SC–00–01361–MoRK.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted April 4, 2002.

Decided May 16, 2002.

Before HAWKINS and FISHER,
Circuit Judges, and WEINER, District
Judge.*

MEMORANDUM **

For the reasons set forth in the Bankruptcy Appellate Panel's decision, finding that the approval of the bankruptcy plan did not bar Appellee LW–SP2's adversary proceeding on the grounds of res judicata or collateral estoppel, the decision of the BAP is AFFIRMED; the action is REMANDED to the Bankruptcy Court for further proceedings consistent with the opinion of the BAP.

Costs taxed to Appellants.

---

* Honorable Charles R. Weiner, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

